FOR THE SOUTHERN DISTRICT OF FLORIDA

SHIPPING and TRANSIT, LLC,

    Plaintiff,

vs.                                            **Case No. 9:16-CV-81515-RLR**

ROLL-ON INDUSTRIES,

    Defendant.

_____/

## NOTICE COURT OF PROPOSED SETTLEMENT

The Parties, by and through their attorney's and pursuant to Fed. R. Civ. P. 6 (b), hereby notices the Court of a Proposed Settlement in the above matter. In support thereof, the Parties would state as follows:

1. The parties reached a preliminary settlement on November 8, 2016.

2. The parties would ask the court to postpone any pending deadlines and hearings for fifteen (15) days while they work out the terms of the settlement and thereafter submit settlement documentation to the court.

3. Pursuant to Local Rule 3.01(g), counsel for Plaintiff and Defendant have conferred and have indicated no objection to the request herein.

4. None of the parties will be prejudiced by the request and the extension is not intended to delay resolution of this matter.

WHEREFORE, the Parties respectfully request that the Court grant an extension of time while settlement terms are finalized.

## LOCAL RULE 3.01(g) CERTIFICATE

Pursuant to Local Rule 3.01(g), I hereby certify that all counsel have conferred regarding the relief sought in this motion in a good faith effort to resolve the issues raised in the motion.

None of the Counsel for any of the parties have indicated an objection to the requested extension of time.

Dated: November 11, 2016

                                  Respectfully submitted,

                                  /s/ Jason P. Dollard
                                JASON P. DOLLARD, FBN: 0649821
                                Jdollard@lrevanspa.com; jdollard@jpdesq.com
                                Leslie Robert Evans & Associates, PA- Of Counsel
                                214 Brazilian Avenue, Suite 200
                                Palm Beach, FL 33480
                                Telephone: (561) 832-8288
                                Facsimile: (561) 832-5722
                                Counsel for Plaintiff Shipping & Transit, LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 11, 2016 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day, via transmission of Notices of Electronic Filing generated by CM/ECF, on the counsel listed below.

**ESPINOSA TRUEBA MARTINEZ**
**Attn:** Jorge Espinosa
1428 Brickell Ave. Suite 100
Miami, FL 33131
Telephone- (305) 854-0900
Facsimle- (855) 854-0900
*jespinosa@etlaw.com*
*Attorney for Defendant Roll-On Industries*