## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

SHIPPING and TRANSIT, LLC,

         Plaintiff,

                                 **Case No. 9:16-CV-81515-RLR**

vs.

ROLL-ON INDUSTRIES,

         Defendant.

_____/

### NOTICE OF DISMISSAL WITH PREJUDICE

     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Shipping and Transit, LLC and

Defendant, Roll-On Industries hereby voluntarily dismiss this action and all claims asserted

therein with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:  November 14, 2016

Respectfully Submitted,

<table>
<tr><td>s/Jason P. Dollard</td><td>/s/ Jorge Espinosa</td></tr>
<tr><td>FBN 0649821</td><td>FBN:</td></tr>
<tr><td>Email: jdollard@LrEvansPa.com</td><td>Email: jespinosa@etlaw.com</td></tr>
<tr><td>Leslie Robert Evans & Associates, PA</td><td>Espinosa Trueba Martinez</td></tr>
<tr><td>214 Brazilian Avenue, Suite 200</td><td>1428 Brickell Avenue, Suite 100</td></tr>
<tr><td>Palm Beach, Florida 33480</td><td>Miami, Florida 33131</td></tr>
<tr><td>Telephone: (561) 832-8288</td><td>Telephone: (305) 854-0900</td></tr>
<tr><td>Counsel for Plaintiff</td><td>Counsel for Defendant</td></tr>
</table>